**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED:
The application is granted. This Court sentenced Defendant Ruby Handler-Jacobs to 24 months' imprisonment followed by three years of supervised release. (Dkt. No. 236) Defendant Handler-Jacobs commenced her term of supervised release on September 6, 2019. A Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Probation Office states that the Defendant has been compliant with the terms of her supervised release and that it has no objection to early termination of her supervised release. The Government also states that it has no objection to Defendant's application. Accordingly, the Court is satisfied that early termination of Defendant's supervised release is warranted and in the interest of justice. Defendant Handler-Jacobs' supervised release is terminated.

Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: October 15, 2021

Re: **United States v. Ruby Handler-Jacobs**
    **16 Cr. 800 (PGG)**

Your Honor:

With the consent of the Government and the Probation Office, I am requesting that Ms. Handler-Jacob's term of supervised release be terminated at this time. This request is made pursuant to Title 18, U.S.C. § 3583(e)(1) which empowers a Court to terminate a term of supervised release after the expiration of one year of supervised release if it is "satisfied that such action is warranted by the conduct of the defendant released and the interests of justice."

On September 14, 2018, the Court sentenced Ms. Handler-Jacobs to a 24 month term of imprisonment, to be followed by three years of supervised release. Ms. Handler-Jacobs was released from custody on September 6, 2019 and has been on supervised release since that time. She has less than a year of supervised release to serve.

Ms. Handler-Jacobs resides in Albuquerque, New Mexico and is supervised by the New Mexico Federal Probation Office. Both the government and I have spoken to the New Mexico Probation Office and have been advised d that Ms. Handler-Jacobs has been fully compliant with the terms of her supervised release. She has also made her restitution payments in accordance with the schedule set by the Court. Accordingly, she is now on Administrative Caseload which requires her to report once a month by telephone.

Hon. Paul G. Gardephe  September 14, 2021
United States District Judge  Page 2
Southern District of New York

    By e-mail dated September 10, 2021, the government states that " I have consulted with Probation who has no objection to early termination given that she has been compliant and is now on an administrative caseload. I therefore defer to Probation's position and also have no objection."

    For the foregoing reasons, we request that Ms. Handler-Jacobs' term of supervised release be terminated.

    Respectfully submitted,

    Mark B. Gombiner
    Attorney for Ruby Handler-Jacobs

cc: AUSA Sagar Ravi