UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RUBY HANDLER-JACOBS,

                              Defendant.

**ORDER**

16 Cr. 800-3 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to Defendant Ruby Handler-Jacobs's

motion to correct a judgment (Dkt. No. 317) by **February 8, 2023**.

Dated: New York, New York
       February 1, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge